**Emergency TRO**

FILED IN CLERK'S OFFICE
2025 AUG 15 PM 4:32
U.S. DISTRICT COURT
DISTRICT OF MASS.

Verified Complaint for Civil Rights Violations, Housing Discrimination, Emergency & Injunctive Relief, and Damages

Introduction

This action arises from a pattern of civil rights violation, housing discrimination, retaliation and ongoing harassment, retaliation and ongoing harassment by Defendants under color of law, causing harm to Plaintiff JD and her minor children. Defendants acted individually and in coordination with public officials and agencies including RAFT, MCAD, Malden Housing Authority and the city of Canton, MA 02021 - Police Department, Board of Health, Metro-South Court house, Stoughton district court house, Greater Boston Legal services HUD, McCwright and ass. Plaintiff seeks declaratory relief, injunctive relief, emergency protection compensatory and punitive damages. Parties Plaintiff JD is a pro se tenant in MA residing in a Section 8 subsidized housing in MA and a sole caregiver of multiple minor children Metropolitan Properties Inc is the corporate property owner. Jason Etienne is the property manager who engaged in threats, harassment and retaliation. John/Jane Doe owners 1-5 are placeholders for actual beneficial owners to be identified after discovery. Jurisdiction and Venue 28 USC 1331 - Federal Question Jurisdiction / 28 USC 1343 civil rights Jurisdiction / 42 USC 1983 - civil right violations

(1)

42 USC 3601-3619 Fair housing Act
29 USC-794 Rehabilitation Act (Section 504) 105 CMR
410.060 Massachusetts sanitary code - M.G.L. C 186
14 §15B Quiet enjoyment and retaliation. Venue is proper in this district because the events giving rise to those claims occured in Massachusetts.

[Factual Allegations] Civil Rights Violation

Retaliatory Lease conduct and constructive eviction

Disability Discrimination (section 504)

Harassment stalking and Surveilance

②

②

Retaliatory reporting and police abuse ③

Health & safety violations

Court & procedural misconduct

spoliation of evidence

USMS Screened

3

# Claims for Relief

Count I 42 USC 1983 Civil Rights
Count 2 Fair Housing Act D Retaliation
Count 3 MGLC 186 14 § 15B
Count IV 29 USC 794 Dis Dicr.
Count V 105 CMR 410.000 Sani Cod
Count VI Spoilation of evidence
Count VII emotional distess
Count VIII mail a postal tampering
Count IX procedural Sabotay / Due process violation

## Prayer for Relief

1. emergency injuctive Relief TRO ordering
 • Absolute no contact / No proximity by defendants Especially Jason Etienne / Anton Doe / Shanice Smallings / Mathew Baptista / Aneil Colon Jeffrey Cohen / John doe / William Wade toward plaintiff or her children anywhere on the property

Ban on sarviliance spying or use of to moniter plaintiff

See the Back

(4)

- Prohibition on false reporting to DCF, police, or other agencies
- Independent, court-supervised mold remediation with no defendant involvement
- Relocation, if needed to safe suitable accommodations (no shelter/motel) at defendants expense
- Mandatory RAFT compliance for rental arrearage cases or dismissal of eviction action
- 24 hour written notice for all non emergency entries
- Record preservation no spoilation or destruction by fire or otherwise

No further evictions or retaliatory actions until compliance is verified

court appointed liaison for all communications

2 Declaratory Judgment finding defendants conduct unlawful

3 Compensatory Damages for physical emotional an financial harm

4 punitive Damages for willful and malicious conduct.

5 attorneys fee and cost under 42 USC 1988

6 any other Relief this court deems just and proper

5