Motion to Submit evidence
Audio, and Videos
With TRO
Friday August 15/2024

FILED
IN CLERKS OFFICE
2025 AUG 15 PM 4:39
U.S. DISTRICT COURT
DISTRICT OF MASS.